

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-21-00576-CV

**IN RE** Jeanette **MORENO**, Relator

Original Proceeding[1]

**ORDER**

On December 22, 2021, relator filed a petition for writ of mandamus. Relator also filed a motion for emergency temporary relief that sought a stay of the trial in the underlying cause pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on December 22, 2021 is lifted.

It is so **ORDERED** on April 13, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2018-CI-01262, styled *Jeremy Winford and Derek Sanchez v. Jeanette Moreno*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.